## United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Haights Cross Communications, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>N/A |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>13-4087398 | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>N/A |
| Street Address of Debtor (No. & Street, City, State):<br>10 New King Street, Suite 102<br>White Plains, NY    10604 | Street Address of Joint Debtor (No. & Street, City, State):<br>N/A |
| County of Residence or of the Principal Place of Business:<br>Westchester | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>N/A | Mailing Address of Joint Debtor (if different from street address):<br>N/A |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>N/A | |

### Type of Debtor (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below)

### Nature of Business (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Tax-Exempt Entity (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- [x] A plan is being filed with this petition.
- [x] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over-100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 Million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

THIS SPACE IS FOR COURT USE ONLY

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Haights Cross Communications, Inc. |
|---|---|

| All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |
| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: See attached Schedule A | Case Number: Pending | Date Filed: January 11, 2010 |
| District: District of Delaware | Relationship: Affiliates | Judge: Pending |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). X _____ Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

RLF1 3524131v.2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Knights Cross Communications, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X */s/ Daniel J. DeFranceschi*
Signature of Attorney for Debtor(s)

Daniel J. DeFranceschi (DE No. 2732)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King St.
Wilmington, DE 19801
Tel: (302) 651-7700
Fax: (302) 651-7701

January 11, 2010

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Paul J. Creeca*
Signature of Authorized Individual
Paul J. Creeca
Printed Name of Authorized Individual
President, and Chief Executive Officer
Title of Authorized Individual
January 11, 2010
Date

## Schedule A

| Name of Entity | Employer Identification Number |
|---|---|
| SNEP, LLC (f/k/a SUNDANCE/NEWBRIDGE EDUCATIONAL PUBLISHING, LLC) | 13-4011159 |
| TRIUMPH LEARNING, LLC | 13-4087400 |
| HAIGHTS CROSS OPERATING COMPANY | 13-4087416 |
| RECORDED BOOKS, LLC | 13-4077163 |

# CERTIFICATE OF RESOLUTIONS OF THE BOARD OF DIRECTORS OF HAIGHTS CROSS COMMUNICATIONS, INC., A DELAWARE CORPORATION, AUTHORIZING FILING OF A PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Paul J. Crecca, do hereby certify:

1. That I am the duly authorized President and Chief Executive Officer of Haights Cross Communications, Inc., a Delaware corporation.

2. That at a special meeting of the Board of Directors of the Haights Cross Communications, Inc. duly held on January 8, 2010, the following resolutions were duly adopted in accordance with the requirements of the General Corporation Law of Delaware, and the same remain in full force and effect, without modifications as of the date hereof:

WHEREAS: In the judgment of the Board of Directors (the "Board") of Haights Cross Communications, Inc., a company organized under the laws of Delaware (individually, the "Company", and together with its U.S. subsidiaries, the "Debtors"), it is desirable and in the best interests of the Company to file a voluntary petition (the "Petition") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as may be amended from time to time, the "Bankruptcy Code"), and the Board wishes to approve such action.

NOW, THEREFORE, BE IT:

RESOLVED: That, in the judgment of the Board, it is desirable and in the best interests of the Company that the Company shall be, and the Company hereby is, authorized to file the Petition in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and thereby commence chapter 11 proceedings for the Company (the "Chapter 11 Case"); and be it further

RESOLVED: That the President and Chief Executive Officer and the Chief Financial Officer of the Company (each an "Authorized Officer," and together the "Authorized Officers"), shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, to execute, verify and cause to be filed the Petition, in such form and at such time as the Authorized Officer executing said Petition shall determine, including all related schedules, statements, lists and other motions, papers or ancillary documents required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure to be filed with the Petition, and to take any and all actions that they deem necessary or proper to obtain appropriate relief including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and be it further

**RESOLVED:** That the filing of the Petition shall effectuate a financial reorganization of the Debtors (the "Reorganization") upon the terms set forth in the Debtors' Joint Prepackaged Plan of Reorganization under Chapter 11 of the Bankruptcy Code (the "Plan") and in the related Disclosure Statement, dated December 4, 2009 (the "Disclosure Statement"), which have been approved by all of the lenders under the Debtors' Credit Agreement, dated August 15, 2008, as amended, and the requisite holders of the Debtors' 11-3/4% Senior Notes due 2011 and 12-1/2% Senior Discount Notes due 2011; and be it further

**RESOLVED:** That the Authorized Officers or any one of them be, and each hereby is, authorized, directed and empowered, on behalf of and in the name of the Debtors to execute and approve the filing of all schedules, motions, lists, applications, pleadings and other papers and, in connection therewith, to employ and retain legal counsel, accountants, financial advisors and other professionals, including, without limitation, Richards, Layton & Finger, P.A. ("Richards Layton"), as general bankruptcy counsel, Brown Rudnick LLP ("Brown Rudnick"), as special counsel, and Houlihan Lokey Howard & Zukin Capital, Inc. ("Houlihan Lokey"), as financial advisors to the Company, subject to the approval of the Bankruptcy Court, and to take and perform any and all such further acts and deeds that any Authorized Officer deems necessary and proper in connection with the Debtors' Chapter 11 Cases, with a view to the successful prosecution of the Reorganization; and be it further

**RESOLVED:** That the Authorized Officers be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, to employ and retain such further legal, financial and bankruptcy services firms (together with Brown Rudnick, Richards Layton and Houlihan Lokey, the "Professionals") as may be deemed necessary or appropriate by the Authorized Officers, or any of them so acting; and be it further

**RESOLVED:** That the Authorized Officers be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, to execute, verify and cause to be filed requests for first-day relief from the Bankruptcy Court, that such Authorized Officer may deem necessary, proper, or desirable in connection with the Petition, with a view to the successful prosecution thereunder; and be it further

**RESOLVED:** That the Authorized Officers shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, (i) to take or cause to be taken any and all actions, (ii) to make or cause to be made all payments (including but not limited to payments of expenses, retainers and filing fees), (iii) to make or cause to be made all federal, state and local governmental, administrative and/or regulatory filings as may be required or advisable under the laws or regulations of any jurisdiction, and (iv) to negotiate, enter into, execute, deliver and perform

all other documents, agreements, certificates or instruments as may be necessary, appropriate, convenient or proper, in each case to effectuate the intent of, and the transactions contemplated by, the foregoing resolutions, and the execution and delivery thereof by such Authorized Officer to be conclusive evidence of such approval; and be it further

**RESOLVED:** That the Authorized Officers shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, to cause the Company and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such Authorized Officer shall be necessary, proper, and desirable to prosecute to a successful completion the Chapter 11 Cases and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and be it further

**RESOLVED:** That all acts lawfully done or actions lawfully taken by any Authorized Officer or any of the Professionals to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case or in connection with such proceedings, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and be it further

**RESOLVED:** That any and all acts taken and any and all certificates, instruments, agreements or other documents executed on behalf of the Company by the Authorized Officers prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed, adopted and approved; and be it further

**RESOLVED:** That the Authorized Officers shall be, and each of them, acting alone, hereby is, authorized and empowered for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and be it further

**RESOLVED:** That the Authorized Officers shall be, and each of them, acting alone, hereby is, authorized and empowered to cause resolutions similar to the foregoing to be approved for each of the Company's U.S. subsidiaries.

IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of January, 2010.

        HAIGHTS CROSS COMMUNICATIONS, INC.,
        a Delaware corporation

        By: _____
        Name: Paul J. Crecca
        Title: President and Chief Executive Officer

# 1719330 v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HAIGHTS CROSS COMMUNICATIONS, Inc., a Delaware corporation, | ) Case No. 10-_____ ( ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 13-4087398 | ) |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 30 LARGEST UNSECURED CLAIMS

The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors")[1] each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code. The Debtors have filed a consolidated list of the 30 largest unsecured creditors of the Debtors (the "Top 30 List") in lieu of a separate list for each Debtor. The Top 30 List is based on the Debtors' books and records and was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 30 List does not include: (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information presented in the Top 30 List shall not constitute an admission of liability by, nor is it binding on the Debtors.

[Creditor Listing Begins on Next Page]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Haights Cross Communications, Inc. (7398), Haights Cross Operating Company (7416), Triumph Learning, LLC (7400), Recorded Books, LLC (7163) and SNEP, LLC (f/k/a Sundance/Newbridge Educational Publishing, LLC) (1159). The address for each of the Debtors solely for purposes of notices and communications is 10 New King Street, Suite 102, White Plains, NY 10604.

RLF1 3524131v.2

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br>C<br>U<br>D<br>S | (5)<br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Simon & Schuster Inc. | Simon & Schuster Audio, Inc.<br>Subsidiary Rights<br>Cheltenham GL52 2HJ<br>United Kingdom<br>Phone: (800) 223-2348<br>Fax: (212) 698-7336 | Trade Payable | | $799,821.52 |
| EAE Inc | Attn: Jerry Kaplan<br>8 Schindler Court<br>Chicago, IL 60693<br>Email: Jerrykap@aol.com<br>Phone: (973) 701-7532<br>Fax: (973) 701-0167 | Trade Payable | | $558,623.74 |
| OCLC Net Library | Attn: Legal Department<br>PO Box 951467<br>Pasadena, CA 91110<br>Email: Oclc@oclc.org<br>Phone: (614) 764-6000<br>Fax: (614)764-6096 | Trade Payable | | $557,923.10 |
| Culver Digital Distribution Inc. | 6025 West Slauson Avenue<br>Natick, MA 01760 | Trade Payable | | $300,000.00 |
| Cigna HealthCare | 5089 Collection Center Drive<br>Sanibel, FL 33957<br>Phone: (704) 679-9109<br>Fax: (704) 672-0110 | Trade Payable | | $250,000.00 |
| HarperCollins Children's Books | HarperChildrens<br>Royalties Dept<br>Attn: Linda Griffin<br>Goldens Bridge, NY 10526<br>Phone: (800) 331-3761/(212) 207-7000<br>Fax: (212) 261-6603 | Trade Payable | | $239,436.00 |
| Trilogy Enterprise Systems | Aries House<br>43 Selkirk Street<br>Woodstock, IL 60098<br>Phone: (0124) 222-2132<br>Fax: (0124) 223-5103 | Trade Payable | | $200,000.00 |
| Follett Digital Resources Inc. | C/O Bank of America<br>14371 Collection Center Drive<br>Philadelphia, PA 19170-0001<br>Phone: (781) 306-0500 Ext. 0227<br>Fax: (781) 306-9859 | Trade Payable | | $185,032.00 |

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Cinram Manufacturing Inc. | PO Box 31001-0905<br>Chicago, IL 60693 | Trade Payable | | $177,774.54 |
| Chrysalis Publishing group | 34 Main Street<br>New York, NY 10005<br>Phone: (508) 647-3730<br>Fax: (508) 653-3448 | Trade Payable | | $165,086.00 |
| Janet Allen | PO Box 1287<br>Newburyport, MA 01950 | Trade Payable | | $162,801.00 |
| at-HOME-atWORK, inc. | 37 Fairmount Road<br>Cincinnati, OH 45202<br>Phone: (212) 725-0357 | Trade Payable | | $161,846.00 |
| D.B. Hess | 1530 McConnell Road<br>Sunnyside, NY 11104-0558<br>Phone: (815) 338-6900<br>Fax: (815) 206-2301 | Trade Payable | | $138,980.46 |
| United Parcel Service | PO Box 7247-0244<br>CHICAGO, IL 60675-5174<br>Fax: (704) 867-0446 | Trade Payable | | $125,478.46 |
| Penguin USA | C/O Bank of America<br>PO Box 4247<br>New York, NY 10001<br>Phone: (212) 366-2000<br>Fax: (212) 366-2867 | Trade Payable | | $112,231.00 |
| CB Richard Ellis, Inc. | Attn: Richard Levine<br>140 Broadway, 8th Floor<br>Newark, NJ 07101-1270<br>Phone: (212) 366-2000<br>Fax: (212) 366-2867 | Trade Payable | | $100,000.00 |
| Bradford & Bigelow | 3 Perkins Way<br>Independence, MO 64050<br>Phone: (978) 904-3100<br>Fax: (978) 462-4907 | Trade Payable | | $96,621.87 |
| Public Library of Cincinnati | Attn: Sally Kramer<br>800 Vine Street<br>Cincinnati, OH 45202<br>Phone: (978) 904-3100<br>Fax: (978) 462-4907 | Trade Payable | | $95,128.47 |
| Jabberwocky Literary Agency | PO Box 4558<br>Blaine, MN 55434<br>Phone: (718) 392-5985<br>Fax: (718) 392-5985 | Trade Payable | | $93,567.00 |

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br>C U D S | (5)<br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Market Data Retrieval | PO Box 75174<br>New York, NY 10022<br>Phone: (800) 333-8802<br>Fax: (201) 605-6950 | Trade Payable | | $88,286.84 |
| Scovil Chichak Galen | 276 Fifth Avenue, Suite 708<br>Auburn, MA 01501-0406<br>Phone: (212) 679-8686<br>Fax: (212) 679-6710 | Trade Payable | | $82,343.00 |
| American Express | PO Box 1270<br>Bloomington, MN 55438<br>Phone: (212) 640-2000<br>Fax: (212) 640-0131 | Trade Payable | | $78,468.34 |
| Mid Continent Public Library | Attn: Steve Potter<br>15616 E 24 Highway<br>Pittsburg, PA 15250-7084<br>Email: Spotter@mcpl.lib.mo.us<br>Phone: (816) 521-7298<br>Fax: (816) 521-7253 | Trade Payable | | $77,501.73 |
| Kensington Publishing Corp. | 119 West 40th Street, 22nd Floor<br>New York, NY 10003<br>Phone: (212) 407-1500<br>Fax: (212) 935-0699 | Trade Payable | | $76,181.00 |
| Sunrise Packaging | 9937 Goodhue Street<br>Blaine, MN 55434<br>Phone: (763) 785-2505<br>Fax: (763) 785-2210 | Trade Payable | | $69,779.08 |
| Georges Borchardt, Inc. | 136 East 57th Street<br>New York, NY 10022<br>Phone: (212) 753-5785<br>Fax: (212) 838-6518 | Trade Payable | | $66,666.00 |
| Worcester Envelope Company | 22 Millbury Street<br>Auburn, MA 01501-0406<br>Phone: (508) 832-5394<br>Fax: (508) 832-3796 | Trade Payable | | $65,435.00 |
| Bethany House Publishers | 11400 Hampshire Avenue South<br>Bloomington, MN 55438<br>Phone: (800) 877-2665<br>Fax: (616) 676-9573 | Trade Payable | | $65,337.00 |
| Adecco Employment Services | PO Box 371084<br>Pittsburg, PA 15250-7084<br>Phone: (212) 391-7000<br>Fax: (212) 391-7956 | Trade Payable | | $62,388.11 |

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Curtis Brown Ltd. | Ten Astor Place<br>New York, NY 10003<br>Phone: (212) 473-5400<br>Fax: (212) 598-0917 | Trade Payable | | $61,791.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| HAIGHTS CROSS ) | Case No. 10-_____ ( ) |
| COMMUNICATIONS, Inc., ) | |
| a Delaware corporation, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 13-4087398 ) | |

### DECLARATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING THE 30 LARGEST UNSECURED CLAIMS

  I, Paul J. Crecca, President and Chief Executive Officer of Haights Cross Communications, Inc., declare under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding the 30 Largest Unsecured Claims and that the information contained therein is true and correct to the best of my information and belief.

Dated: January 11, 2010

            _____
            Name: Paul J. Crecca
            Title: President and Chief Executive Officer

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HAIGHTS CROSS COMMUNICATIONS, Inc., a Delaware corporation, | ) ) ) | Case No. 10-_____ ( ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 13-4087398 | ) | |

## LIST OF EQUITY SECURITY HOLDERS

The Equity Security Holders of the Debtor in the above-captioned case are:

| Name | Address | Equity Holdings |
|---|---|---|
| Bigbell & Co. | DTCC/New York Window<br>55 Water Street<br>New York, NY 10041<br><br>Attn: Robert Mendez<br>Reference Account # BA69 | 2.76% |
| Buckle Down Publishing | Attn: Douglas Paul, Profiles Corporation<br>3106 Rochester Ave.<br>Iowa City, IA 52245 | 1.31% |
| Deephaven Distressed Opportunities Trading Ltd. | Deephaven Capital Management, LLC<br>130 Cheshire Lane, Suite 102<br>Minnetonka, MN 55305 | 6.04% |
| Eugene Davis | 5 Canoe Brook Drive<br>Livingston, NJ 07039 | 0.12% |
| Fiddles & Co. | c/o State Street Corporation<br>DTCC/New York Window<br>55 Water Street<br>New York, NY 10041<br><br>Attn: Robert Mendez<br>Reference Account #BA76 | 0.27% |
| FSC Corp. | Gary M. Tsuyuki<br>Managing Director<br>Global Strategic Capital<br>Bank of America, 15th Floor<br>600 Montgomery Street<br>San Francisco, CA 94111 | 0.42% |

RLF1 3524131v.2

| Glenview Capital Management, LLC | Glenview Capital Management, LLC
767 Fifth Avenue
New York, NY 10153 | 0.08% |
|---|---|---|
| Glenview Capital Master Fund, Ltd. | Glenview Capital Management, LLC
767 Fifth Avenue
New York, NY 10153 | 7.42% |
| Glenview Capital Partners, L.P. | Glenview Capital Management, LLC
767 Fifth Avenue
New York, NY 10153 | 1.69% |
| Glenview Institutional Partners, L.P. | Glenview Capital Management, LLC
767 Fifth Avenue
New York, NY 10153 | 4.08% |
| Goldman Sachs & Co. | 85 Broad Street
New York, NY 10004 | 0.86% |
| John A. McKenna, Jr. | 52 Partridge Road
Stamford, CT 06903 | 0.08% |
| Lehman Brothers Inc. | 745 Fifth Avenue, 17th Floor
New York, NY 10019 | 3.71% |
| Lydian Global Opportunities Master Fund Ltd. | Third Floor Bishop's Square
Redmond's Hill
Dublin Ireland L2 | 1.51% |
| M/C Investors LLC | Christopher S. Gaffney
Managing Partner
Great Hill Partners, LLC
One Liberty Square
Boston, MA 02109 | 0.59% |
| Manateeboat & Co. | Manateeboat & Co.
c/o State Street Bank & Trust
Box 5756
Boston, MA 02206 | 0.16% |
| Marrow & Co. | Marrow & Co.
c/o State Street Bank & Trust
Box 5756
Boston, MA 02206 | 16.37% |
| McMorgan High Yield Fund, to be issued in the name of its bank nominee Hare & Co. | Hare & Co.
c/o MacKay Shields
Attn: Nunzia Mazzoccoli
9 West 57th Street, 33rd Floor
New York, NY 10019 | 0.35% |
| Meadmarker & Co. | Meadmarker & Co.
c/o State Street Bank & Trust
Box 5756
Boston, MA 02206 | 4.11% |

RLF1 3524131v.2

| | | |
|---|---|---|
| Media/Communications Partners III Limited Partnership | Christopher S. Gaffney<br>Managing Partner<br>Great Hill Partners, LLC<br>One Liberty Square<br>Boston, MA 02109 | 11.25% |
| Monarch Debt Recovery Master Fund Ltd. | Monarch Alternative Capital LP<br>535 Madison Avenue<br>New York, NY 10022 | 15.66% |
| Monarch Income Fund LP | Monarch Alternative Capital LP<br>535 Madison Avenue<br>New York, NY 10022 | 1.08% |
| Monarch Income Master Fund Ltd. | Monarch Alternative Capital LP<br>535 Madison Avenue<br>New York, NY 10022 | 1.08% |
| Monarch Opportunities Fund LP | Monarch Alternative Capital LP<br>535 Madison Avenue<br>New York, NY 10022 | 1.08% |
| Monarch Opportunities Master Fund Ltd. | Monarch Alternative Capital LP<br>535 Madison Avenue<br>New York, NY 10022 | 2.40% |
| New York Life Insurance & Annuity Corporation | John Cibbarelli<br>New York Life Investment Management LLC<br>51 Madison Avenue, 2nd Floor<br>New York, NY 10010 | 2.58% |
| New York Life Insurance Company | John Cibbarelli<br>New York Life Investment Management LLC<br>51 Madison Avenue, 2nd Floor<br>New York, NY 10010 | 5.23% |
| New York Life Pooled Separate Account 40-002, to be issued in the name of its bank nominee Hare & Co. | Hare & Co.<br>c/o MacKay Shields<br>Attn: Nunzia Mazzoccoli<br>9 West 57th Street, 33rd Floor<br>New York, NY 10019 | 0.22% |
| Northern California Sheet Metal Workers Pension Trust Fund, to be issued in the name of its bank nominee Hare & Co. | Hare & Co.<br>c/o MacKay Shields<br>Attn: Nunzia Mazzoccoli<br>9 West 57th Street, 33rd Floor<br>New York, NY 10019 | 0.26% |
| Paul J. Crecca | c/o Haights Cross Communications, Inc.<br>10 New King Street<br>White Plains, NY 10604 | 0.75% |
| Peter J. Quandt | 77 Haights Cross Road<br>Chappaqua, NY 10514 | 3.05% |
| SOLA Ltd. | Solus Alternative Asset Management<br>430 Park Avenue<br>New York, NY 10022 | 3.45% |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| HAIGHTS CROSS ) | Case No. 10-_____ ( ) |
| COMMUNICATIONS, Inc., ) | |
| a Delaware corporation, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 13-4087398 ) | |

## DECLARATION CONCERNING THE DEBTOR'S LIST OF EQUITY SECURITY HOLDERS

I, Paul J. Crecca, President and Chief Executive Officer of Haights Cross Communications, Inc., declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that the information contained therein is true and correct to the best of my information and belief.

Dated: January 11, 2010

Name: Paul J. Crecca
Title: President and Chief Executive Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HAIGHTS CROSS COMMUNICATIONS, Inc., a Delaware corporation, | ) ) ) | Case No. 10-_____ ( ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 13-4087398 | ) | |

## CORPORATE OWNERSHIP STATEMENT (RULE 1007(a)(1))

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, on behalf of Haights Cross Communications, Inc. (the "Debtor"), the undersigned certifies that Marrow & Co., Media/Communications Partners III Limited Partnership and Monarch Debt Recovery Master Fund Ltd. each directly or indirectly owns 10% or more of the Debtor's equity interest.

Dated: January 11, 2010

_____
Name: Paul J. Crecca
Title: President and Chief Executive Officer