IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HAIGHTS CROSS COMMUNICATIONS, INC., et al., | ) Case No. 10-10062 (BLS) |
| | ) |
| | ) Joint Administration Pending |
| Debtors.[1] | ) |

NOTICE OF FILING OF BANKRUPTCY PETITIONS AND RELATED
PLEADINGS; NOTICE OF HEARING ON FIRST DAY MOTIONS
SCHEDULED FOR JANUARY 12, 2010 AT 11:00 A.M. (EST)

**PLEASE TAKE NOTICE** that on January 11, 2010, the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, §§ 101-1532.

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of their voluntary petitions, the Debtors have filed the following first day motions and related pleadings (collectively, the "First Day Motions"):[2]

A. **First Day Declaration**

1. Declaration of Paul J. Crecca in Support of Debtors' Chapter 11 Petitions and Request for First Day Relief [Docket No. 2; filed January 11, 2010]

B. **First Day Motions**

1. Motion of the Debtors for Entry of an Order Directing Joint Administration of Cases [Docket No. 3; filed January 11, 2010]

2. Motion of the Debtors for Entry of an Order (I) Authorizing Payment of Certain Prepetition Taxes and (II) Authorizing and Directing Financial Institutions to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Haights Cross Communications, Inc. (7398), Haights Cross Operating Company (7416), Triumph Learning, LLC (7400), Recorded Books, LLC (7163) and SNEP, LLC (f/k/a Sundance/Newbridge Educational Publishing, LLC) (1159). The address for each of the Debtors solely for purposes of notices and communications is 10 New King Street, Suite 102, White Plains, NY 10604.

[2] Copies of all of the First Day Motions are available online at the following address: http://www.chapter11.epiqsystems.com/Haights.

Honor and Process Related Electronic Transfers and Checks [Docket No. 4; filed January 11, 2010]

3. Motion of the Debtors for Entry of an Order Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and to Otherwise Continue in the Ordinary Course of Business their Customer Programs and Practices [Docket No. 5; filed January 11, 2010]

4. Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Maintain Insurance Programs and Pay All Prepetition and Postpetition Obligations in Respect Thereof and (II) Directing Financial Institutions to Honor and Process Postpetition Checks and Transfers Related to Such Obligations [Docket No. 6; filed January 11, 2010]

5. Motion of the Debtors for Entry of an Order (I) Authorizing Debtors to Pay Certain Prepetition Wages, Salaries, Commissions and Other Compensation, Reimbursable Employee Expenses and Employee Medical and Similar Benefits and (II) Authorizing and Directing Financial Institutions to Honor All Related Checks and Electronic Payment Requests [Docket No. 7; filed January 11, 2010]

6. Motion of the Debtors for Entry of an Order Authorizing the Debtors to Pay Prepetition Claims of Trade Creditors in the Ordinary Course of Business [Docket No. 8; filed January 11, 2010]

7. Motion of the Debtors for an Order (I) Scheduling a Combined Hearing to Consider (A) Approval of the Disclosure Statement, (B) Approval of Solicitation Procedures and Forms of Ballots, and (C) Confirmation of the Plan; (II) Establishing an Objection Deadline to Object to the Disclosure Statement and the Plan; (III) Approving the Form and Manner of Notice Thereof; and (IV) Granting Related Relief [Docket No. 9; filed January 11, 2010]

8. Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Continue to Use Existing Cash Management System, Bank Accounts and Business Forms and (B) Perform Intercompany Transactions; and (II) Extending the Time for the Debtors to Comply with the Requirements of 11 U.S.C. § 345(b) [Docket No. 10; filed January 11, 2010]

9. Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent [Docket No. 11; filed January 11, 2010]

10. Motion of the Debtors for Entry of an Interim Order (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay and (IV) Scheduling a Final Hearing [Docket No. 12; filed January 11, 2010]

11. Motion of the Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service; (II) Approving the Debtors' Proposed Adequate Assurance; and (III) Approving Procedures for

Resolving Requests for Additional Adequate Assurance [Docket No. 13; filed January 11, 2010]

12. Motion of the Debtors for Entry of an Order Modifying the Automatic Stay to Permit Specified Litigation to Proceed [Docket No. 14; filed January 11, 2010]

13. Motion of the Debtors for Entry of Interim and Final Orders Establishing Notice and Hearing Procedures for Trading in Equity Securities and Claims Against the Debtors' Estates [Docket No. 15; filed January 11, 2010]

C. **Plan Related Documents**

1. Disclosure Statement Relating to the Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 16; filed January 11, 2010]

2. Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 17; filed January 11, 2010]

3. Affidavit of Service and Vote Certification of Globic Advisors Inc. [Docket No. 18; filed January 11, 2010]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") with respect to the First Day Motions is scheduled for **January 12, 2010 at 11:00 a.m. (Eastern Standard Time)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801, before The Honorable Brendan L. Shannon.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

Dated: January 11, 2010  
       Wilmington, Delaware

Respectfully submitted,

_____
Daniel J. DeFranceschi (Bar No. 2732)
Paul N. Heath (Bar No. 3704)
Christopher M. Samis (Bar No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Proposed Counsel for the  
Debtors and Debtors in Possession*