

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HAIGHTS CROSS COMMUNICATIONS, INC., et al., | Case No. 10-10062 (BLS) |
| | Jointly Administered |
| Debtors.[1] | Re: Docket No. 9 |

**ORDER (I) SCHEDULING A COMBINED HEARING TO CONSIDER (A) APPROVAL OF THE DISCLOSURE STATEMENT, (B) APPROVAL OF SOLICITATION PROCEDURES AND FORM OF BALLOTS, AND (C) CONFIRMATION OF THE PLAN; (II) ESTABLISHING AN OBJECTION DEADLINE TO OBJECT TO THE DISCLOSURE STATEMENT AND THE PLAN; (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF; AND (IV) GRANTING RELATED RELIEF**

Upon the motion (the "Motion"), dated January 11, 2010, of Haights Cross Communications, Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), for entry of an order (the "Scheduling Order") (I) scheduling a combined hearing to consider (a) approval of the Disclosure Statement[2]; (b) approval of the solicitation of votes, voting procedures, and form of Ballots; and (c) confirmation of the Plan; (II) establishing an objection deadline to object to the adequacy of the Disclosure Statement or confirmation of the Plan; (III) approving the form and manner of notice thereof; and (IV) granting related relief (the "Motion"), all as more fully described in the Motion; and upon consideration of the *Declaration of Paul J. Crecca in*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Haights Cross Communications, Inc. (7398), Haights Cross Operating Company (7416), Triumph Learning, LLC (7400), Recorded Books, LLC (7163) and SNEP, LLC (f/k/a Sundance/Newbridge Educational Publishing, LLC) (1159). The address for each of the Debtors solely for purposes of notices and communications is 10 New King Street, Suite 102, White Plains, NY 10604.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 3525256v.1

*Support of the Debtors' Chapter 11 Petitions and Request for First Day Relief* (the "Crecca Declaration"); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due and proper notice of the Motion and hearing to consider the relief requested herein having been provided to: (i) the Office of the United States Trustee for the District of Delaware; (ii) the Debtors' largest unsecured creditors on a consolidated basis, as identified in their chapter 11 petitions; (iii) counsel to the Prepetition Agent; (iv) counsel to the Prepetition Secured Lenders; (v) other secured parties of record; (vi) the Department of Justice; and (vii) the Internal Revenue Service (collectively, the "Notice Parties"); and no further notice being necessary; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested therein; and the relief granted herein being in the best interests of the Debtors, their estates, creditors, and all parties in interest; and the Court having held the hearing with the appearances of interested parties noted in the record of the hearing; and upon all of the proceedings before the Court, the Court hereby ORDERS that:

1. The Motion is granted to the extent set forth herein.

2. A hearing to consider compliance with disclosure and solicitation requirements and confirmation of the Debtors' Plan (the "Combined Hearing") is hereby scheduled to be held before this Court on February 24, 2010 at 10:30 a. m. prevailing Eastern time or as soon thereafter as counsel may be heard.

3. Any objections to the Disclosure Statement and/or the Plan shall be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware

together with proof of service thereof, set forth the name of the objector, and the nature and amount of any claim or interest asserted by the objector against the estate or property of the Debtors, state the legal and factual basis for such objection, and be served upon the following so as to be received no later than 4:00 p.m. prevailing Eastern time on February 9th, 2010 at 4:00 p.m.: the attorneys for the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 (Attn: Daniel J. DeFranceschi, Esq.); special counsel for the Debtors, Brown Rudnick LLP, One Financial Center, Boston, MA 02111 (Attn: Steven D. Pohl, Esq.) and Brown Rudnick LLP, Seven Times Square, New York, NY 10036 (Attn: Tally M. Wiener, Esq.); the attorneys for the Informal Committee of Senior Notes, Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022 (Attn: Andrew V. Tenzer, Esq. and Michael H. Torkin, Esq.) and Young Conaway Stargatt & Taylor, LLP, 1000 West Street, Wilmington, DE 19801 (Attn: Pauline K. Morgan, Esq.); the attorneys for certain Holders of Senior Discount Notes, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019 (Attn: Cristopher Greer, Esq.); the attorneys for the Prepetition Agent, McGuire, Craddock & Strother, P.C., 2501 N. Harwood Street, Suite 1800, Dallas, TX 75201 (Attn: Jonathan Thalheimer, Esq.); the office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: David Klauder, Esq.); and such other parties as the Bankruptcy Court may order. Any objections not timely filed and served in the manner set forth in this Order may, in the Court's discretion not be considered and may be overruled.

4. Notice of the Combined Hearing as proposed in the Motion and the form of notice attached hereto as **Exhibit 1** shall be deemed good and sufficient notice of the Combined Hearing and no further notice need be given; provided, however, that any provision

3

RLF1 3525256v.1

of Bankruptcy Rule 3017(d) requiring the Debtors to distribute the Disclosure Statement and the Plan to parties not entitled to vote, whether because they are unimpaired or because they are deemed to reject the Plan, or any parties in interest other than as prescribed in this Order, shall be waived; provided further, however, the Disclosure Statement and Plan shall be remain posted in .PDF format to the following page on the World Wide Web (http://chapter11.epiqsystems.com/Haights) and shall be provided in either electronic or paper form to any parties in interest upon written request to the Debtors. The Debtors shall also serve a copy of the Summary and Notice on the Notice Parties.

5. Service of the Summary and Notice as set forth in the Motion and herein is sufficient notice of the commencement of these chapter 11 cases, the Combined Hearing, the Objection Deadline, and procedures for objecting to the adequacy of the Disclosure Statement and to confirmation of the Plan.

6. The Debtors are authorized, pursuant to Bankruptcy Rule 2002(l), to give supplemental publication notice of the Combined Hearing by publication in a newspaper designated by the Debtors in their discretion and on a date no less than twenty-eight (28) days prior to the Combined Hearing.

7. The meeting pursuant to section 341(a) of the Bankruptcy Code shall not be convened and is hereby cancelled unless the Plan is not confirmed by this Court within ninety (90) days after the Commencement Date.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement and/or interpretation of this Order.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

Dated: January 12, 2010
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE