# EXHIBIT B

**Declaration of John-Paul Hanson**

RLF1 3530416v.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **HAIGHTS CROSS COMMUNICATIONS,** | ) Case No. 10-10062 (BLS) |
| **INC., et al.,[1]** | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

## DECLARATION OF JOHN-PAUL HANSON IN SUPPORT OF THE APPLICATION OF THE DEBTORS FOR AN ORDER AUTHORIZING THEM TO RETAIN HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC. AS FINANCIAL ADVISORS AND INVESTMENT BANKERS

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

I, John-Paul Hanson, under the penalty of perjury, deposes and says:

1.      I am a Director of Houlihan Lokey Howard & Zukin Capital, Inc., ("Houlihan Lokey"). I submit this Declaration on behalf of Houlihan Lokey in support of the application dated January 11, 2010 (the "Application")[2] of the above-captioned debtors and debtors-in-possession (the "Debtors" or the "Company"), seeking an order authorizing the retention of Houlihan Lokey as financial advisor and investment banker to the Debtors in compliance with sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and to provide the disclosure required under Rule 2014 of the Federal Rules of Bankruptcy Procedure

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Haights Cross Communications, Inc. (7398), Haights Cross Operating Company (7416), Triumph Learning, LLC (7400), Recorded Books, LLC (7163) and SNEP, LLC (f/k/a Sundance/Newbridge Educational Publishing, LLC) (1159). The address for each of the Debtors solely for purposes of notices and communications is 10 New King Street, Suite 102, White Plains, NY 10604.

[2]    All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

(the "Bankruptcy Rules"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts hereinafter set forth. To the extent that any information disclosed herein requires subsequent amendment or modification upon Houlihan Lokey's completion of further analysis or as additional creditor information becomes available to it, one or more supplemental declarations will be submitted to the court reflecting the same.

2. The terms and conditions of Houlihan Lokey's retention by the Debtors are set forth in Engagement Agreement, included as Exhibit A, dated as of December 4, 2009, which is effective as of January 22, 2009 and supersedes any previous engagement agreement between Houlihan Lokey and the Debtors.

## QUALIFICATION OF PROFESSIONALS

Houlihan Lokey is well-suited to provide the services that the Debtors require. Houlihan Lokey is a nationally recognized investment banking/financial advisory firm with fourteen offices across the U.S. and Europe, and more than eight hundred employees. Houlihan Lokey provides investment banking and financial advisory services and execution capabilities in a variety of areas, including financial restructuring, where Houlihan Lokey is one of the leading investment bankers and advisors to debtors, bondholder groups, secured and unsecured creditors, acquirors, and other parties-in-interest involved in financially distressed companies, both in and outside of bankruptcy. Houlihan Lokey's Financial Restructuring Group, which has over 120 professionals dedicated to such engagements, will be providing the agreed-upon financial advisory services to the Debtors. Houlihan Lokey has served as a financial advisor in some of the largest and most complex restructuring matters in the United States, including serving as the financial advisor to the debtors in the chapter 11 proceedings of Aventine Renewable Energy Holdings, Inc., Foamex International Inc., Buffets Holdings, Inc., XO Communications, Inc., Stage Stores, Inc., Purina Mills, Inc., AmeriServe Food Distribution, Inc., McLeod USA, and Covad Communications, Inc.,

-2-

Tokheim Corporation, and as the financial advisor to the official creditors' committees in the chapter 11 proceedings of Smurfit-Stone Container Corp., WCI Communities Inc., SemGroup LP, Enron Corporation, WorldCom, Inc., Lehman Brothers Holdings Inc., Delta Air Lines Inc., Solutia, Inc., and Refco, Inc.

Prior to the Petition Date, the Debtors employed Houlihan Lokey as the Debtors' financial advisor and investment banker. Houlihan Lokey's services have been of exceptional quality and benefit to the Debtors. Houlihan Lokey has worked closely with the Debtors to pursue available alternatives and has played a significant role the Debtors' negotiations with its prepetition lenders and unsecured creditors, including those negotiations that led to the pre-packaged solicitation for the Plan.

As a result of the prepetition engagement of Houlihan Lokey by the Debtors, Houlihan Lokey is familiar with the Debtors' business operations, capital structure, financing documents and other material information, and is able to assist the Debtors in their restructuring efforts.

Houlihan Lokey desires and is willing to act in these cases and render the necessary professional services as financial advisors and investment banker to the debtors.

### PREPETITION SERVICES

Pursuant to the Engagement Agreement effective as of January 22, 2009, Houlihan Lokey commenced its engagement with the Debtors to provide certain financial advisory and investment banking advice. On December 4, 2009, Houlihan Lokey and the Debtors executed the Engagement Agreement in connection with a financial restructuring of the Debtors in chapter 11, which supersedes any prior engagement agreement between Houlihan Lokey and the Debtors.

As of the Petition Date, the Debtors have paid Houlihan Lokey $1,895,253.21 for prepetition fees and reimbursable expenses, including $1,875,000 in total fees incurred prepetition

-3-

for services rendered; and $20,253.21 in total amounts reimbursed for necessary expenses prepetition.

## SERVICES TO BE RENDERED DURING THE CHAPTER 11 CASES

The Engagement Agreement further provides that the Debtors have the right to continue Houlihan Lokey's engagement as its financial advisors and investment banker, including, without limitation, in connection with a "Restructuring Transaction," as this term is defined below:

> "Restructuring Transaction." Any transaction or series of transactions that constitute a recapitalization or restructuring of the equity and/or debt securities and/or other indebtedness, obligations or liabilities (including, without limitation, senior notes, secured credit facility obligations, preferred stock, partnership interests, lease obligations, trade credit facilities, collective bargaining agreements and other contract or tort obligations) of any entity comprising the Company (the "Restructured Securities"), including accrued and/or accreted interest thereon, which are outstanding as of the Effective Date, including, without limitation, interest bearing trade debt, which recapitalization or restructuring is effected pursuant to a chapter 11 plan of reorganization or section 363 sale under the Bankruptcy Code or any combination of the foregoing transactions (each a "Restructuring Transaction").

As described in the Engagement Agreement, to the extent the Debtors request Houlihan Lokey to perform additional services not contemplated by the Engagement Agreement, such services and the fees for such services will be mutually agreed upon by Houlihan Lokey and the Debtors, in writing, in advance. In the event such amendment to the Engagement Agreement occurs, the revisions will be subject to the Court's review upon proper application by the Debtors. If Houlihan Lokey is called upon to render services directly or indirectly relating to the subject matter of the Engagement Agreement (including, but not limited to, producing documents, answering interrogatories, giving depositions, giving expert or other testimony, and whether by subpoena, court process or order or otherwise), the Debtors will pay Houlihan Lokey's then-current rates for the persons involved by the time expended in rendering such services, including, but not limited to, time for meetings, conferences, preparation and travel and all related reasonable

-4-

out-of-pocket costs and expenses and the reasonable legal fees and expenses of Houlihan Lokey's counsel.

The services that will be rendered by Houlihan Lokey are not duplicative of the services to be performed by any other individual or entity retained by the Debtors.

## PROFESSIONAL COMPENSATION

Investment bankers such as Houlihan Lokey customarily charge a monthly advisory fee plus an additional fee that is contingent upon the occurrence of a specified type of transaction. The Engagement Agreement follows this custom in the investment banking industry, and sets forth the monthly and transaction-based fees that are to be payable to Houlihan Lokey.[3]

As set forth more fully in the Engagement Agreement, and subject in its entirety to the terms set forth in the Engagement Agreement, Houlihan Lokey will be compensated for its services, subject to Court approval, in the following manner:

> *Monthly Fees*: Monthly Fee (as defined in the Engagement Agreement) of $200,000 per month. Houlihan Lokey agrees that it will credit twenty-five percent (25%) of the Monthly Fees received during months 4 through 6 from the Effective Date and fifty percent (50%) of the Monthly Fees received thereafter against the Transaction Fees (as defined in the Engagement Agreement) in excess of $1,000,000 to which Houlihan Lokey becomes entitled (it being understood and agreed that no Monthly Fee shall be credited more than once), except that, in no event, shall such Transaction Fees be reduced below zero.

> Reimbursement for all fees, reasonable disbursements and reasonable out-of-pocket expenses, including (i) reasonable fees of Houlihan Lokey's counsel, and (ii) reasonable disbursements of Houlihan Lokey's documented and travel expenses, duplicating charges, computer charges, messenger services and long-distance telephone calls.

> *Restructuring Transaction Fee*: Upon the date of confirmation of a plan of reorganization under chapter 11 of the Bankruptcy Code pursuant to an order of the applicable bankruptcy court that restructures the

---

[3]     All terms set forth herein are subject in their entirety to the Engagement Agreement. Except as explicitly stated herein, to the extent anything set forth in the Application or this Declaration conflicts with the Engagement Agreement, the applicable Engagement Agreement provision shall control.

RLF1 3530416v.1

Restructured Securities (as defined in the Declaration) into restructured debt and equity or a recapitalization or restructuring pursuant to section 363 sale under the Bankruptcy Code, then Houlihan Lokey shall earn, and the Company shall promptly pay in cash to Houlihan Lokey a Restructuring Transaction Fee (as defined in the Engagement Agreement) of one percent (1.00%) of the principal amount including accrued but unpaid interest of any and all indebtedness of the Company that is cancelled and/or restructured.

*Restructuring Transaction Work Fee*: Notwithstanding anything to the contrary in the immediately preceding paragraph, it is understood and agreed that the Company solicited votes from the holders of the Senior Notes and the Senior Discount Notes (collectively, the "Notes") pursuant to the exemption provided by Section 3(a)(9) of the Securities Act of 1933, as amended, and that this solicitation (the "Notes Solicitation") constitutes a Section 3(a)(9) Transaction. In connection therewith, Houlihan Lokey will be paid a Restructuring Transaction Work Fee (as defined in the Engagement Agreement) in cash of $3,025,000 in lieu of a Restructuring Transaction Fee in connection with the restructuring of the Notes. Such Restructuring Transaction Work Fee will be reduced by any Financing Transaction Fee (as defined in the Engagement Agreement) earned in connection with a rights offering to existing security holders contemplated by the terms of the Company's Plan Support Agreement (as defined in the Engagement Agreement) dated September 3, 2009 (as amended). The Restructuring Transaction Fee in respect of the Company's Secured Debt shall remain unchanged. The Restructuring Transaction Work Fee will be payable on the earlier to occur of 180 days after the commencement of the solicitation or the effective date of the Plan. The Restructuring Transaction Work Fee will be subject to offset for the Monthly Fees to the same extent as the Restructuring Transaction Fee as provided in Section 25(a) above.

For the avoidance of doubt, as the Notes Solicitation (as defined in the Engagement Agreement) was effectuated pursuant to Section 3(a)(9), per the terms of the Engagement Agreement upon confirmation of the Plan, Houlihan Lokey would be entitled to the Restructuring Transaction Work Fee upon confirmation of the Plan.

In the event that the Plan is confirmed, Houlihan Lokey expects the total fees to be as follows: (i) aggregate Monthly Fees of $413,333, excluding amounts paid prior to the Petition Date, (ii) Restructuring Transaction Fee of $335,158 net of credits, as described above, and (iii) the Restructuring Transaction Work Fee of $3,025,000.

-6-

Houlihan Lokey's proposed fee arrangement contains reasonable terms designed to compensate Houlihan Lokey fairly for the work of its professionals. The fee arrangement provided for in the Engagement Agreement is consistent with and typical of arrangements entered into by Houlihan Lokey and other financial advising firms with respect to rendering similar services for clients such as the Debtors.

In accordance with section 504 of the Bankruptcy Code, Houlihan Lokey has informed the Debtors that there is no agreement or understanding between Houlihan Lokey and any other entity, other than employees of Houlihan Lokey, for the sharing of compensation received or to be received for services rendered in connection with this case.

## FEE APPLICATION

Houlihan Lokey understands that fees and expenses in these chapter 11 cases shall be subject to final approval of the Court upon proper application by Houlihan Lokey in accordance with procedures for the allowance of final compensation applicable to professionals in these chapter 11 cases, and as established by further order of this Court. Houlihan Lokey has informed the Debtors that it is not the general practice of investment banking firms to keep detailed time records similar to those customarily kept by attorneys and other professionals who are compensated on an hourly basis. Therefore, because Houlihan Lokey will be compensated in the form of fixed Monthly Fees and the Transaction Fees (as applicable), Houlihan Lokey should not be required to maintain or provide detailed time records in connection with its interim and final fee applications, however, Houlihan Lokey will provide reasonable descriptions of the work it has performed in one hour increments.

-7-

## PRIOR COMPENSATION

As of the Petition Date, Houlihan Lokey has received $1,875,000 in fees and $20,253.21 in expenses from the Debtors, for prepetition services rendered and expenses incurred in advising the Debtors.

To Houlihan Lokey's knowledge, Houlihan has already received payment on account of any fees and expenses that were accrued prepetition. Houlihan Lokey has informed the Debtors that it will hold any amounts received prepetition in excess of fees and expenses that accrued prepetition, if any, and apply such excess amounts towards fees and expenses that accrue postpetition. Although Houlihan Lokey's records indicate that Houlihan Lokey is not owed any amounts in respect of prepetition services provided to the Debtors, it is possible that certain expenses that were incurred by Houlihan Lokey, and that are reimbursable under the terms of the Engagement Agreement, were not yet reflected on Houlihan Lokey's respective books and records as of the Petition Date. To the extent that the payments made to Houlihan Lokey prior to the Petition Date are insufficient to satisfy such expenses, Houlihan Lokey hereby waives any claim for payment thereof.

## INDEMNIFICATION

Financial advisors rely heavily on information provided by debtors in making contacts with potential lenders, investors, buyers or other parties to potential transactions. It is customary, for this reason, that financial advisors receive indemnification from the entities for whom they work. The Engagement Agreement includes an indemnification provision (the "Indemnity Provision") that is customary in scope. The Engagement Agreement makes clear that no indemnification is available for losses that are determined, by a final, nonappealable judgment by a court, or arbitral tribunal, to have resulted primarily from an Indemnified Person's own bad faith, gross negligence or willful misconduct.

-8-

Indemnification is a standard term of the market for investment bankers and financial advisors. Houlihan Lokey believes that the Indemnity Provision is comparable to those generally obtained by financial advisory and investment banking firms of similar stature to Houlihan Lokey and for comparable engagements, both in and out of court.

## DISINTERESTEDNESS OF PROFESSIONALS[4]

Except as otherwise set forth herein, to the best of my knowledge, the professionals of Houlihan Lokey (i) do not have any connection to (a) the United States Trustee or any person employed in the Office of the United States Trustee, or (b) either of the Debtors or their respective affiliates, creditors, or any other party in interest, or their respective attorneys and accountants, and (ii) do not hold or represent any interest adverse to the Debtors' estates.

Houlihan Lokey does not represent, and has not represented any entity, other than the Debtors, in matters related to these chapter 11 cases.

Houlihan Lokey has in the past represented, currently represents, and likely in the future will represent certain creditors of the Debtors and other parties-in-interest, or their attorneys, accountants or investment banks, in matters unrelated to the Debtors, these chapter 11 cases, or the claims of those entities against each or both of the Debtors. The conflicts check of the Houlihan Lokey client database has shown that Houlihan Lokey has represented the entities described on Schedule 1, attached to this Declaration. If required, Houlihan Lokey will disclose any connections that it may subsequently discover.

Consequently, to the best of my knowledge:

---

[4] The statements concerning Houlihan and its professionals concerning the disinterestedness of its professionals are based upon a conflicts check of Houlihan's database. To the extent that further disclosure is necessary, Houlihan will file a supplemental declaration. The entities subject to the conflicts check are set forth on Schedule 1, attached hereto and incorporated herein by reference.

-9-

Neither Houlihan Lokey nor any professional at Houlihan Lokey is or was a creditor, equity security holder or insider of the Debtors;

Neither Houlihan Lokey nor any professional at Houlihan Lokey is or was an investment banker for any outstanding security issued by the Debtors;

Neither Houlihan Lokey nor any professional at Houlihan Lokey has been, within three years before the commencement of these chapter 11 cases, an investment banker for a security issued by the Debtors, or a professional for such an investment banker in connection with the offer, sale or issuance of any security by the Debtors;

Neither Houlihan Lokey nor any professional at Houlihan Lokey is or was, within two years before the commencement of these chapter 11 cases, a director, officer, or employee of the Debtor or of an investment banker of the Debtor; and

Houlihan Lokey has no interest materially adverse to the interests of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in either of the Debtors or an investment banker for any security of the Debtors or for any other reason.

I am not related, and to the best of my knowledge, no Houlihan Lokey professional is related to the United States Trustee for this District or any employee of the United States Trustee's office.

As part of its practice, Houlihan Lokey appears in cases, proceedings and transactions involving many different attorneys, financial advisors and creditors, some of which may represent or be claimants and/or parties-in-interest in these cases. Houlihan Lokey will have no relationship with any such entity, attorney or financial advisor that would be materially adverse to the Debtor.

To the best of my knowledge, information and belief, formed after reasonable inquiry, none of the services rendered by Houlihan Lokey to the entities set forth in Schedule 1 hereto and herein, have been in connection with the Debtors or these chapter 11 cases. Houlihan Lokey believes that these relationships will not impair Houlihan Lokey's ability to perform professional services objectively on behalf of the Debtors. Houlihan Lokey will not accept any engagement that would require Houlihan Lokey to represent an interest materially adverse to the Debtors.

-10-

Despite the efforts described above to identify and disclose connections with parties-in-interest in these cases, because the Debtors are a large enterprise with numerous creditors and other relationships, Houlihan Lokey is unable to state with certainty that every client representation or other connection of Houlihan Lokey has been disclosed. If Houlihan Lokey discovers additional information requiring disclosure, Houlihan Lokey will file supplemental disclosures with the Court as promptly as possible.

To the best of my knowledge, information and belief, formed after reasonable inquiry, Houlihan Lokey does not hold nor represent any interest materially adverse to the Debtors in the matters for which Houlihan Lokey is proposed to be retained. The proposed employment of Houlihan Lokey is not prohibited by or improper under Bankruptcy Rule 5002. Accordingly, I believe Houlihan Lokey is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and is otherwise qualified to represent the Debtors as their financial advisors under section 327(a) and 328(a) of the Bankruptcy Code.

RLF1 3530416v.1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2010.

John-Paul Hanson
Director

Sworn to and subscribed before me this 22nd day of January 2010

Notary Public

State of New York
County of New York

Queens County, State of New York
Subscribed and sworn to before me
this 22 day of January, 2010
by John-Paul Hanson

_____ Notary Public
KELLY HALLAHAN
My commission expires September 25, 2010

-12-

# SCHEDULE 1

## List of Parties Reviewed for Conflicts of Interest

10 New King Street Associates, LLC
14 Industrial Park (paid through landlord)
14 Industrial Park LLC
Academy Of Lathrup Village
Account of the Promark Alternative High
Accurec LLC
Action Printing
Adecco Employment Services
ADP Flexible Spending Services
ADP, Inc.
AFTRA
AIG Global Investment Corporation
AIG Life Insurance Company
Alabama Department of Revenue
Albuquerque Bernalillo Lib
Aldine ISD - Accts Payable
Allison Hurlbut
Amazon.Com Dedc Inc.
American Appraisal Associates
American Express
American Gen Life Insurance Company
American General Life And Accident
 Insurance
American General Life and Accident
Insurance Company
American General Life Insurance Company
American International Life and Assurance
 Company of New York
American Int'l Life Assurance Company Of
NY
American Wholesale Book Co.
Arizona Department of Revenue
AT&T
AT&T Business Services
AT&T Mobility
AT&T Teleconference Service
At-HOME-Atwork, Inc.
Atlanta Board Of Education
Atlas Container Corporation

Axiom
Baltimore Cty. Public Library
Barbara Russell
Barnes & Noble
Bass Real Estate (paid through landlord)
Bass Realty
BC Squared, Inc.
Bennett Offshore Restructuring Fund, Inc.
Bennett Restructuring Fund, L.P.
Bert Davis Executive Search, Inc.
Bert Davis, Exec Search
Bethany House Publishers
Bia-Navajo Regional Office
Bibliographical Ctr Research
Bind Rite Graphics
Birmingham, Alabama Revenue Discovery System
Blackberry (Research in Motion)
Borders, Inc. Accts Payable
Boyds Mills Press
Bradford & Bigelow
BRF High Value Fund, L.P.
Brian Downing
Brian Gurley
Brilliance Audio, Inc.
Brown Rudnick LLP
California State Board of Equalization
Calvert County Treasurer
Cambridge Lawyers Group, LLP
Carolyn L. Lehman
Cary Pepper
Caterpillar Inc Master Retirement
Caterpillar Inc. Master Retirement Trust
CDW Direct LLC
Chester Cmty Charter School
Chicago Public Schools
Christopher S. Gaffney
Chubb Group of Insurance Companies
CIA Library
Cigna Healthcare
Cinram Manufacturing Inc.

City of Avondale, AZ
City of Chandler, AZ
City of Flagstaff, AZ
City of Glendale, AZ
City Of Holyoke
City Of New Haven
City of Nogales, AZ
City of Peoria, AZ
City of Phoenix, AZ
City of Prescott, AZ
City of Scottsdale, AX
City of Tucson, AZ
City SD Of New Rochelle
Clarke County School District
Coach Services, Inc.
Coatsville Area Sch.Dist.
Cobb County Public Library
Colesystems Associates Inc
Color FX
Colorado Department of Revenue
Commonwealth-of Massachusetts
Comptroller Of Public Accounts
Concord Elementary
Connecticut Department of Revenue
Cooper & Walinski, LPA
Cts Capital Advisors LLC
Curry Ford
Curtis Brown Ltd.-NY
D.B. Hess
D.C. Treasurer
Datamatics Technologies Limited
DataSys Corporation
David Berset
DDJ Agent For Haights Cross
DDJ Capital Management
DDJ Capital Management Group Trust
DDJ Capital Management, LLC
DDJ High Yield Fund
DDJ Total Return Loan Fund, L.P.
DDJ/Ontario Credit Opportunities Fund, L.P.
Deephaven Capital Management LLC

Deephaven Distressed Opportunities Trading Ltd.
Dell Marketing L.P.
Dina Goren
District Sch Bd Collier Co
DLA Piper US LLP
Dominic Maccherone
Donohue Group Inc., The
Dope Kuakumensah
Dope Kuakumensah v. Sundance/
Newbridge Educational Publishing, LLC
Dougherty County Board Of Ed.
Dr. J. Shymansky
E.L. Harvey & Sons, Inc.
East Baton Rouge Parish SD
East Meadow Schools
Edmonton Public Library
Educational Media Center
Edwards Angell Palmer & Dodge
Edwards Angell Palmer & Dodge LLP
EL Harvey & Sons, Inc.
Elizabeth Public Schools
Elmont Union Free School Dist.
EMD Invest F.M.B.A.
Energenix Co., Inc.
Epiq Systems Inc.
Ernst & Young
Ethan Ellenberg Literary Agency
Eugene Davis
Excel Communications
Federal Insurance Company
Felc Tutors
Film Movement
Findaway World, LLC
Florida Department of Revenue
Flying J
Follett Digital Resources Inc.
Follett Lib Resources
Franchise Tax Board
Fred Church
Fred Church Inc
Friendly House Acad Del Pueblo

Frost Cummings LLP
GA Virtual Academy
Gantec Publishing Solutions, Llc
General Motors Welfare Benefit Trust
General Motors Welfare Benefit Trust (VEBA)
Georges Borchardt, Inc.
Georgia Department of Revenue
Gildan Media Corporation
Glenview Capital Management, LLC
Glenview Capital Master Fund, Ltd.
Globic Advisors, Inc.
GMAM Investment Funds Trust
Gmam Investment Funds Trust Ii
GMAM Investment Funds Trust II, for the
Gmam Trust
Golden Tree 2004 Trust
Golden Tree Asset Management Company
Golden Tree Credit Opportunities Finance
GoldenTree 2004 Trust
GoldenTree Credit Opportunities Financing I, Ltd
GoldenTree Credit Opportunities Second Financing, Ltd.
GoldenTree High Yield Value Master Fund,  LP
GoldenTree Master Fund, Ltd.
Goldman Sachs & Co.
Goodwin Procter, LLP
Great Hill Partners, LLC
Great Northern Insurance Co.
Green Mountain Library Consor
Grenada School District
Gwen Burke
Gwinnett County Public Library
Hachette
Haights Cross Communications, Inc.
Haights Cross Operating Company
Haights Cross Operating Company, Inc.
Half Hollow Hills C.S.D.
Hardman Guess Frost & Cummings
Harnett County Schools
Harper Collins
Hazelwood School District
Henry Guyther

Hgfc - Frost Cummings LLP
Higher Benchmarks, Llc
Holme Roberts & Owen LLP
Houghton Mifflin Harcourt
Houlihan Lokey Howard & Zukin
Houlihan Lokey Howard & Zukin Capital
Houston Ind School District
Houston Independent Schl Dist
Houston Municipal Employees Pension System
Iberville Parish School Board
ICM
IESI-NY Corporation
Illinois Department of Revenue
Illinois State BOE
Imagine Charter School At Broward
Indiana Department of Revenue
Ingram Book Company
Intelligent Tools For Intelligent Publishing
Iowa Department of Revenue
IPC Print Services
IPG Shared Services Omaha
Isdn Installation Inc.
J.C. Penney Corporation, Inc. Pension Plan Trust
J.C. Penny Corp
J.H. Cohn LLP
Jabberwocky Literary Agency
Janet Allen
JH Cohn LLP
Jill Mulholland
John A. Lawler
John Hawkins & Assoc, Inc.
John McKenna
John McKenna Jr
Joliet Public Schools
Jones County Schools
JP Morgan Chase Bank
JP Morgan Clearing Corp.
JPMorgan Chase Bank, National Association
Judith Pleau
Julia A Mcgee
Julia Munemo

Julie Latzer
Julie McGee
Kanawha Insurance Company
Kansas Department of Revenue
Keith Weiskamp
Ken Butkus
Kensington Publishing Corp.
Kentucky Department of Revenue
Kevin McAliley
King County Library System
Lapiz Digital
Ldoe Recovery School District
Lehman Brothers, Inc.
Lerner Group
Leroy Collins Public Library
Library Systems & Services LLC
Linda Koons
Linda Sanford
Linda Zierdt-Washaw
Louisiana Department of Revenue
Louisville Free Public Library
Loves
Lowenstein Associates, Inc.
M S A D #49
M&T Bank
Mackay Shields LLC
Madison Accessories Company
Marc Keller
Marion Co Schools
Mark Forbush
Mark Kurtz
Marlin Leasing Corp
Marrow & Co.
Martin M. O'Kane
Maryland Comptroller
Maryland Workers' Compensation Commission
Massachusetts Department of Revenue
Mathqueue, Inc
Maz-Tek Container Corporation
McGuire, Craddock & Strother, P.C.
Mckeesport Area School Dist

Media/Communications Partners III
Limited Partnership
Melissa L. Linsky
Memphis City Schools BOE
Michele Sandifer,B.S.,(ASCP)
Michigan Department of Treasury
Mid Continent Public Library
Midstates Printing, Inc.
Midwest Tape, LLC
Milton Galeas
Minnesota Department of Revenue
Mississippi Tax Commission
MK Strategies, LLC
Monarch Alternative Capital LP
Monarch Debt Recovery Master Fund Ltd.
Moore Board Of Education
Morgan & Stanley Incorporated
Nancy B. Teas-Crain
Nancy Bass, Bass Real Estate, L.L.C.
Nancy McMeekin
Nancy White
National Grid
National Heritage Academies
Neil Tress
Neuces Canyon CISD
New Jersey Division of Taxation
New King Holding LLC
New King Holding LLC c/o Benerofe Properties LLC
New Start Factors Inc
New York Life Insurance Company
New York State Sales Tax
Newstart Factors, Inc.
NGS Special Billing
Noah Webster Basic School
North Bergen Board Of Education
North Carolina Department of Revenue
North Forest Independent SD
NTCI (Network Telephone Company)
NYC Department Of Education
NYC Dept Of Education
Ocean County Library

OCLC
OCLC/Net Library
Odyssey Capital Group, LLC
Ohio Department of Taxation
Okanagan Reg Library
Oklahoma City Public Schools
Oklahoma Tax Commission
Old Dominion Freight Line, Inc
Orange County School Board
Orion Publishing Group
Paragon Software Solutions, Inc.
Parson - Ineum Consulting
Paterson Public Schools
Paul J. Crecca
Paul Konowitch
Paula B. Cobb
Paulding County SD
Penguin
Penguin Cabot LP
Pennsylvania Department of Revenue
Peter J. Solomon Company
Peter Quandt
Philadelphia School District
Philip J. Flink
Phillip Cohen
Pierce County Library System
Pima County Public Library
Playaway
PR Littleton Expansion, LLC
Public Library Of Cincinnati
Qwest
R.R. Donnelley
Random House
Reading School District
Recommended Test Labs, Inc.
Recorded Books, LLC
Recovery School District
Research In Motion Corporation
Resource Partnership, LLC
Revenue Collection Operations
Licensing Office, Mesa, AZ

Richard Blumenthal
Richards, Layton & Finger, P.A.
Richland County Public Library
Rio Grande High School

Robert J. Laronga
Robert L. Murray
Rock Hill School District

Roosevelt Union Free Schl Dist
Rose Tree Media School District

RR Donnelly
R-Squared Office Panels &
Rutherford County Board Of Ed
San Antonio Public Library
San Diego County Library

SC&H Group Inc.
Schenectady City SD
School Board Of Hillsborough
School City Of Hammond

Schulte Roth & Zabel LLP

Scott Williams

Scovil Chichak Galen

Sevier County BOE

Shadow Stone Flex, LLC

**Shaun Sibley**

Shearman & Sterling LLP

Shelby County Schools

Simon & Schuster Audio, Inc.

Single Source

SMECO

SMECO (Southern Maryland Electric Cooperative)

Smith County Board Of Educ.

SNEP, LLC (formerly named Sundance/
NewBridge Educational Publishing, LLC)

Solomon Page Group LLC

Sony

South Bend Comm School Corp.

South Dakota State Treasurer
Southern MD Reg Library

Spartanburg Sd2 Admin Office

State Insurance Fund of New York

Stephen F. Gormley

Sterling Corp.

Steven Hall & Partners

Stichting Bewaarder Interpolis Global

Stichting Bewaarder Interpolis Pensioenen Global High Yield Pool

Stichting Pensioenfonds Hoogovens

Stichting Pensioenfonds Metaal en Techniek

Stichting Pensionfonds Hoogovens

Storage Solutions, Inc.

Stout Causey & Horning P.A.

Stroudsburg Area School Dist.

Sun Life Of Canada

Sunamerica Life Insurance Company

Sunlife Insurance & Annuity Company of New York

Sunrise Packaging

Supreme Evaluation Inc

T.J. Vigliotta

Ta Corp.

Tabet, DiVito and Rothstein LLC

Tax and License Division, Phoenix, AZ

Tene Massey

Tennessee Department of Revenue

Texas Comptroller of Public Accounts

The Bank of New York, as Collateral

Trustee for the benefit of the holders of Parity Lien Obligations

The Bank of New York, Mellon

The Interpublic Group of Companies, Inc.

The Jersey City Public Schools

The Search Group

The United States Life Insurance Company

The United States Life Insurance Company in the City of New York

The Variable Annuity Life Insurance Company

Thomaston - Upson Boe

Three Village Central S.D.

Tim McEwen

TJB Management Consulting LLC

Tower Consultants, Inc

Transparent Language

Travelers Casualty & Surety Company

Triadex Services

Trilogy Software

Triumph Learning, LLC

Turnkey Solutions Corporation
U-Can
United Parcel Service
Univenture
US Bancorp
Van Dyke, Gardner, Linn and Burkhart LLP
Variable Annuity Life Insurance Companies
Verizon
Verizon Wireless
Vermont Department of Taxation
VHPS
Vigilant Insurance Company
Virginia Beach Public Schools
Virginia Department of Taxation
Vorys, Sater, Seymour and Pease
Walthall County Schools
Washington Gas
Washington State Department of Revenue
Wavesound Pty Ltd
Wells Fargo Bank, National Association
Wells Fargo Shareowner Services
Western National Life Insurance Company
(f/k/a AIG Annuity Insurance Company)
WF Howes Limited
WGBH
Whiteford Taylor and Preston
Wilkes-Barre Area SD
Willkie Farr & Gallagher LLP
Wilmington Trust Company
Winston-Salem Forsyth Cnty Sch
Wisconsin Department of Revenue
Workman Publishing
Writer's House
XL Specialty Insurance Company
Yield Bond Fund (Account No. 7M2E)
Yonkers Public Schools
Young Conaway Stargatt & Taylor, LLP