IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HAIGHTS CROSS COMMUNICATIONS, INC., et al.,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 10-10062 (BLS)<br>) Jointly Administered<br>)<br>)<br>) Re: Docket No. 62 |

## ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME IN WHICH THE DEBTORS MUST FILE CERTAIN SCHEDULES AND STATEMENTS AND WAIVING THE REQUIREMENT FOR FILING SAME UPON CONFIRMATION OF THE DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors," or "Haights"), pursuant to section 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for an order (i) extending the time within which the Debtors' must file their Schedules and Statements (as defined in the Motion) for an additional seventy-five (75) days to April 26, 2010, and (ii) waiving the requirement to file the Schedules and Statements upon the confirmation of the Prepackaged Plan, all as more fully described in the Motion; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Haights Cross Communications, Inc. (7398), Haights Cross Operating Company (7416), Triumph Learning, LLC (7400), Recorded Books, LLC (7163) and SNEP, LLC (f/k/a Sundance/Newbridge Educational Publishing, LLC) (1159). The address for each of the Debtors solely for purposes of notices and communications is 10 New King Street, Suite 102, White Plains, NY 10604.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 3534326v.1

pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and due and proper notice of this Motion having been provided; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The time within which the Debtors much file their Schedules and Statements required by Bankruptcy Rule 1007 is enlarged and extended for an additional period of seventy-five (75) days beyond the thirty (30) day extension provided under Local Rule 1007-1(b) to April 26, 2010 (the "Filing Deadline").

3. Such extension is without prejudice to the Debtors' right to request a further extension of time within which to file the Schedules and Statements.

4. In the event that confirmation of the Plan occurs before the Filing Deadline (as such date may hereafter be modified), then the requirement that the Debtors file their Schedules and Statements shall be waived; provided, however, that if the Debtors seek to establish a claims bar date, the aforementioned waiver shall be null and void, and the aforementioned extension of time to file the Schedules and Statements shall terminate as of the date that is ten (10) days after the filing of the bar date motion unless further extended by order of this Court.

5. The Debtors shall serve this Order within three (3) business days of its entry on the parties in interest identified in Local Rule 2002-1(b) and all other parties in interest.

RLF1 3534326v.1

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: February 5, 2010
Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

RLF1 3534326v.1