IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| HAIGHTS CROSS COMMUNICATIONS, INC., et al., | ) ) ) ) | Case No. 10-10062 (BLS) (Jointly Administered) |
| Debtors.[1] | ) ) ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON FEBRUARY 24, 2010 AT 10:30 A.M. (EST)[2]

I. **MATTERS GOING FORWARD:**

1. Debtors Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 17 - filed January 11, 2010]

    Objection/Response Deadline: February 9, 2010 at 4 p.m. (EST)

    Objections/Responses Received:

    A. Rachel E. Kay's Objection Regarding Plan of Reorganization (Joint Prepackaged Plan) [Docket No. 105 - filed February 8, 2010]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Haights Cross Communications, Inc. (7398), Haights Cross Operating Company (7416), Triumph Learning, LLC (7400), Recorded Books, LLC (7163), and SNEP, LLC (f/k/a Sundance/Newbridge Educational Publishing, LLC) (1159). The address for each of the Debtors solely for purposes of notices and communications is 10 New King Street, Suite 102, White Plains, NY 10604.

[2] The hearing will be held before The Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the February 8, 2010 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (Eastern Standard Time) on Tuesday, February 23, 2010 in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*. Copies of all pleadings referenced herein are available online at the following address: http://chapter11.epiqsystems.com/Documents.aspx?pk=4c8d37e2-85ae-41f3-8279-1f7700389d1d

Related Documents:

i. Motion of the Debtors for an Order (I) Scheduling a Combined Hearing to Consider (A) Approval of the Disclosure Statement, (B) Approval of Solicitation Procedures and Forms of Ballots, and (C) Confirmation of the Plan; (II) Establishing an Objection Deadline to Object to the Disclosure Statement and the Plan; (III) Approving the Form and Manner of Notice Thereof; and (IV) Granting Related Relief [Docket No. 9 - filed January 11, 2010]

ii. Disclosure Statement for Debtors Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 16 - filed January 11, 2010]

iii. Order (I) Scheduling a Combined Hearing to Consider (A) Approval of the Disclosure Statement, (B) Approval of Solicitation Procedures and Forms of Ballots, and (C) Confirmation of the Plan; (II) Establishing an Objection Deadline to Object to the Disclosure Statement and the Plan; (III) Approving the Form and Manner of Notice Thereof; and (IV) Granting Related Relief [Docket No. 34 - filed January 12, 2010]

iv. Affidavit of Service and Vote Certification of Globic Advisors Inc.[Docket No. 99 - filed February 5, 2010]

v. Plan Supplement for Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 106 - filed February 12, 2010]

vi. First Amended Plan Supplement for Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 108 - filed February 19, 2010]

vii. Notice of Filing of Proposed Confirmation Order [Docket No. 109 - filed February 22, 2010]

viii. Declaration of Paul J. Crecca in Support of Entry of an Order (A) Approving the Debtors' Disclosure Statement, Voting Materials, and Procedures and Solicitation and (B) Confirming the Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 110 - filed February 22, 2010]

ix. Declaration of John-Paul Hanson in Support of Confirmation of the Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 111 - filed February 22, 2010]

2

RLF1 3539011v.1

Dated: February 22, 2010
      Wilmington, Delaware

Respectfully submitted,

*(signature)*

Daniel J. DeFranceschi (Bar No. 2732)
Paul N. Heath (Bar No. 3704)
Christopher M. Samis (Bar No. 4909)
Tyler D. Semmelman (Bar No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

*Counsel for the Debtors and
Debtors in Possession*