UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HAIGHTS CROSS COMMUNICATIONS, INC., et al., | ) Case No. 10-10062 (BLS) |
| | ) |
| | ) Jointly Administered |
| Debtors.[1] | ) |
| | ) Re: Docket Nos. 16, 17, 106, 108 & 144 |

## NOTICE OF ENTRY OF ORDER (A) APPROVING THE DEBTORS' DISCLOSURE STATEMENT, VOTING MATERIALS AND PROCEDURES, AND SOLICITATION AND (B) CONFIRMING THE DEBTORS' JOINT PREPACKAGED PLAN OF REORGANIZATION AND NOTICE OF THE EFFECTIVE DATE

**TO CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that an order (the "Confirmation Order") of the Honorable Brendan L. Shannon, United States Bankruptcy Judge, approving the disclosure statement, solicitation of votes and voting procedures, and forms of ballots, and confirming the Debtors' Joint Prepackaged Plan of Reorganization (the "Plan"), was entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on February 24, 2010. Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. The Confirmation Order is also available on the internet site of the Debtors' noticing agent, Epiq Bankruptcy Solutions, LLC, at http://chapter11.epiqsystems.com/haights or by accessing the Bankruptcy Court's website www.deb.uscourts.gov. Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan occurred on March 11, 2010.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number,are: Haights Cross Communications, Inc. (7398), Haights Cross Operating Company (7416), Triumph Learning, LLC (7400), Recorded Books, LLC (7163) and SNEP, LLC (f/k/a Sundance/Newbridge Educational Publishing, LLC) (1159). The address for each of the Debtors solely for purposes of notices and communications is 10 New King Street, Suite 102, White Plains, NY 10604.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, the Reorganized Debtors, any holder of a Claim against, or Equity Interest in, the Debtors and such holder's respective successors and assigns, whether or not the Claim or Equity Interest of such holder is impaired under the Plan and whether or not such holder or entity voted to accept the Plan, as provided in the Plan.

Dated: March 12, 2010
Wilmington, Delaware

/s/ John Semmelman

Daniel J. DeFranceschi (Bar No. 2732)
Paul N. Heath (Bar No. 3704)
Christopher M. Samis (Bar No. 4909)
Tyler D. Semmelman (Bar No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel for the Debtors*