OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Haights Cross Communications, Inc.   Bank: _____

Bankruptcy Number: 10-10062   Account Number: 111-10-10062

Date of Confirmation: February 24, 2010   Account Type: N/A

Reporting Period (month/year): March 2010

| | | |
|---|---|---|
| Beginning Cash Balance: | $_____ | SEE ATTACHED |
| All receipts received by the debtor: | | No Cash Activity in HCCI Accounts |
| Cash Sales: | $_____ | |
| Collection of Accounts Receivable: | $_____ | |
| Proceeds from Litigation (settlement or otherwise): | $_____ | |
| Sale of Debtor's Assets: | $_____ | |
| Capital Infusion pursuant to the Plan: | $_____ | |
| Total of cash received: | $_____ | |

Total of cash available:   $_____

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $_____ |
| Total Disbursements | $0 |

Ending Cash Balance   $_____

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____   _____
Date: March 30, 2010   Name/Title: Mark Kurtz, SVP, CFO

Debtor: Haights Cross Communications, Inc.

Case Number: 10-10062

# Haights Cross Communications, Inc, et al --
## Case Number--111-10-10062
### 13-Week Cash Flow Budget

This Shows Consolidated Activity

"No Disbursements in Haights Cross Communications, Inc

**Week Ending:**

| | Cumulative | | |
|---|---|---|---|
| | Budget | Actual | Variance |
| **Receipts** | $ 24,342,136.83 | $ 33,067,039.97 | $ 8,724,903.14 |
| **Disbursements** | | | |
| Production | $ 9,775,896.86 | $ 7,438,231.02 | $ 2,337,665.84 |
| Payroll and Benefits | $ 7,007,965.91 | $ 6,622,926.53 | $ 385,039.38 |
| Contractors | $ 387,630.49 | $ 76,556.79 | $ 311,073.70 |
| Overhead | $ 6,887,725.65 | $ 6,316,709.33 | $ 571,016.32 |
| Marketing | $ 3,291,433.91 | $ 2,669,806.31 | $ 621,627.60 |
| Moving Expenses and Lease Deposit | $ 700,000.00 | $ 100,000.00 | $ 600,000.00 |
| Other | $ 2,014,155.01 | $ 167,442.89 | $ 1,846,712.12 |
| Corporate | $ 2,162,405.25 | $ 3,030,286.89 | $ (867,881.64) |
| **Total Operating Disbursements** | $ 32,227,213.08 | $ 26,421,959.76 | $ 5,805,253.32 |
| **Operating Cash Flow** | $ (7,885,076.25) | $ 6,645,080.21 | $ 14,530,156.46 |
| **Restructuring Items** | | | |
| Professional Fees | $ 8,770,269.00 | $ 955,895.31 | $ 7,814,373.69 |
| Deposits | $ - | $ - | $ - |
| Critical Trade | $ - | $ - | $ - |
| Bank Fees and Repayment | $ 12,767,565.52 | $ 13,087,288.79 | $ (319,723.27) |
| Post-Petition Interest | $ 3,792,100.00 | $ 3,624,712.34 | $ 167,387.66 |
| Other | $ - | $ - | $ - |
| **Total Restructuring Disbursements** | $ 25,329,934.52 | $ 17,667,896.44 | $ 7,662,038.08 |
| **Total Disbursements** | **$ 57,557,147.59** | **$ 44,089,856.20** | **$ 13,467,291.39** |
| **Net Cash Flow** | $ (33,215,010.77) | $(11,022,816.23) | $ 22,192,194.53 |
| **Cash** | | | |
| Beginning Cash | $ 40,395,117.70 | $ 42,817,560.82 | $ 2,422,443.12 |
| Net Cash Flow | $ (33,215,010.77) | $(11,022,816.23) | $ 22,192,194.53 |
| Post-petition checks outstanding | $ - | $ (2,914,623.66) | $ (2,914,623.66) |
| Post-petition checks cleared | $ - | $ 3,240,864.40 | $ 3,240,864.40 |
| Pre-petition checks cleared | | | |
| **Ending Cash** | $7,180,106.93 | $ 32,120,985.33 | $ 24,940,878.39 |

Haights Cross Communications Inc, et al

Haights Cross Communications Consolidated
Standard Reporting Balance Sheet
For the Three Months Ending March 31, 2010

| Case Numbers | HCCI Consolidated | 10-10062 HCCI Corporate | HCOC Consolidated | 10-10063 HCOC Corporate | Guarantor Subsidiaries | 10-10066 Sundance Newbridge | 10-10064 Triumph Learning | 10-10065 Recorded Books |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Assets** | | | | | | | | |
| Cash and Cash Equivalents | $30,137,728.42 | $3,146,412.79 | $26,991,315.63 | $26,212,988.92 | $778,326.71 | $0.00 | $238,181.38 | $540,145.33 |
| Accounts Receivable - Gross | 14,935,947.33 | 0.00 | 14,935,947.33 | 0.00 | 14,935,947.33 | 0.00 | 6,145,713.05 | 8,790,234.28 |
| Allowance for Bad Debts | (1,023,080.16) | 0.00 | (1,023,080.16) | 0.00 | (1,023,080.16) | 0.00 | (295,490.79) | (727,589.37) |
| Accounts Receivable - Net | 13,912,867.17 | 0.00 | 13,912,867.17 | 0.00 | 13,912,867.17 | 0.00 | 5,850,222.26 | 8,062,644.91 |
| Inventory - Gross | 19,072,005.96 | 0.00 | 19,072,005.96 | 0.00 | 19,072,005.96 | 0.00 | 9,547,642.22 | 9,524,363.74 |
| Allowance for Obsolescence | (3,752,277.52) | 0.00 | (3,752,277.52) | 0.00 | (3,752,277.52) | 0.00 | (1,822,341.28) | (1,929,936.24) |
| Inventory - Net | 15,319,728.44 | 0.00 | 15,319,728.44 | 0.00 | 15,319,728.44 | 0.00 | 7,725,300.94 | 7,594,427.50 |
| Direct Response Advertising - Current | 2,064,392.22 | 0.00 | 2,064,392.22 | 0.00 | 2,064,392.22 | 0.00 | 1,905,071.55 | 159,320.67 |
| Royalty Advances | 5,041,675.10 | 0.00 | 5,041,675.10 | 0.00 | 5,041,675.10 | 0.00 | 23,501.18 | 5,018,173.92 |
| Prepaid Expenses and Other Current Assets | 1,424,336.12 | 57,673.00 | 1,366,663.12 | 251,562.14 | 1,115,100.98 | 0.00 | 419,470.48 | 695,630.50 |
| Assets of Businesses Held For Sale | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Current Assets** | 67,900,727.47 | 3,204,085.79 | 64,696,641.68 | 26,464,551.06 | 38,232,090.62 | 0.00 | 16,161,747.79 | 22,070,342.83 |
| Direct Response Advertising - Non Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Fixed Assets - Gross | 15,944,719.67 | 0.00 | 15,944,719.67 | 797,993.91 | 15,146,725.76 | 0.00 | 3,896,832.15 | 11,249,893.61 |
| Accumulated Depreciation | (8,264,318.36) | 0.00 | (8,264,318.36) | (755,600.74) | (7,508,717.62) | 0.00 | (1,861,708.24) | (5,647,009.38) |
| Fixed Assets - Net | 7,680,401.31 | 0.00 | 7,680,401.31 | 42,393.17 | 7,638,008.14 | 0.00 | 2,035,123.91 | 5,602,884.23 |
| Prepublication Costs - Gross | 100,453,834.93 | 0.00 | 100,453,834.93 | 0.00 | 100,453,834.93 | 0.00 | 47,836,591.83 | 52,617,243.10 |
| Accumulated Amortization - Prepub | (70,816,876.85) | 0.00 | (70,816,876.85) | 0.00 | (70,816,876.85) | 0.00 | (29,433,349.06) | (41,383,527.79) |
| Prepublication Costs - Net | 29,636,958.08 | 0.00 | 29,636,958.08 | 0.00 | 29,636,958.08 | 0.00 | 18,403,242.77 | 11,233,715.31 |
| Goodwill - Gross | 139,358,919.42 | 0.00 | 139,358,919.42 | 0.00 | 139,358,919.42 | 0.00 | 66,059,773.61 | 73,299,145.81 |
| Accum Amort - Goodwill | (55,958,177.48) | 0.00 | (55,958,177.48) | 0.00 | (55,958,177.48) | 0.00 | (47,171,631.92) | (8,786,545.56) |
| Goodwill - Net | 83,400,741.94 | 0.00 | 83,400,741.94 | 0.00 | 83,400,741.94 | 0.00 | 18,888,141.69 | 64,512,600.25 |
| Deferred Financing Costs - Gross | 25,936,905.32 | 3,008,871.27 | 22,928,034.05 | 22,928,034.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| Accum Amort - Def Fin Costs | (18,834,147.21) | (2,436,687.47) | (16,397,459.74) | (16,397,459.74) | 0.00 | 0.00 | 0.00 | 0.00 |
| Deferred Financing Costs - Net | 7,102,758.11 | 572,183.80 | 6,530,574.31 | 6,530,574.31 | 0.00 | 0.00 | 0.00 | 0.00 |
| Intangible Assets - Gross | 23,312,344.75 | 0.00 | 23,312,344.75 | 0.00 | 23,312,344.75 | 0.00 | 23,120,994.75 | 191,350.00 |
| Accum Amort - Intangibles | (11,385,967.83) | 0.00 | (11,385,967.83) | 0.00 | (11,385,967.83) | 0.00 | (11,235,919.62) | (150,048.21) |
| Intangible Assets - Net | 11,926,376.92 | 0.00 | 11,926,376.92 | 0.00 | 11,926,376.92 | 0.00 | 11,885,075.13 | 41,301.79 |
| Other Long Term Assets | 835,355.46 | 0.00 | 835,355.46 | 0.00 | 835,355.46 | 0.00 | 768,250.00 | 67,105.46 |
| **Total Assets** | 208,483,319.29 | 3,776,269.59 | 204,707,049.70 | 33,037,518.54 | 171,669,531.16 | 0.00 | 68,141,581.29 | 103,527,949.87 |
| **Liabilities and Equity** | | | | | | | | |
| Accounts Payable | 5,685,764.82 | 0.00 | 5,685,764.82 | 18,033.01 | 5,667,731.81 | 0.00 | 1,579,932.16 | 4,087,799.65 |
| Accrued Expenses | 12,956,647.16 | 0.00 | 12,956,647.16 | 6,513,479.20 | 6,443,167.96 | 0.00 | 3,065,915.08 | 3,377,252.88 |
| Deferred Subscription Revenue | 3,794,745.19 | 0.00 | 3,794,745.19 | 0.00 | 3,794,745.19 | 0.00 | 38,740.71 | 3,756,004.48 |
| Deferred Gain | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Current Portion of Long Term Debt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Accrued Interest | 38,649,800.66 | 19,444,798.85 | 19,205,001.81 | 19,205,001.81 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 3/4% Senior Notes | 139,448,940.48 | 0.00 | 139,448,940.48 | 139,448,940.48 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 1/2% Sr Discount Notes - Net | 135,000,000.00 | 135,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Liabilities Held For Sale | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Current Liabilities** | 335,535,898.31 | 154,444,798.85 | 181,091,099.46 | 165,185,454.50 | 15,905,644.96 | 0.00 | 4,684,587.95 | 11,221,057.01 |
| I/C Note - Original | 0.00 | (80,002,247.29) | 80,002,247.29 | (160,339,687.56) | 240,341,934.85 | 41,698,000.00 | 120,204,894.80 | 78,439,040.05 |
| I/C Note - Annual | 0.00 | (54,782,743.29) | 54,782,743.29 | 117,644,354.94 | (62,861,611.65) | (11,954,393.43) | 26,621,379.35 | (77,528,597.57) |
| I/C Cash transferred to HCC | 0.00 | 0.00 | 0.00 | 7,642,872.55 | (7,642,872.55) | 0.00 | (4,869,122.26) | (2,773,750.29) |
| I/C Cash transferred from HCC | 0.00 | 0.00 | 0.00 | (5,981,352.43) | 5,981,352.43 | 0.00 | 2,701,674.63 | 3,279,677.80 |
| I/C Due to/(from) Affiliate | (0.01) | 29,107.62 | (29,107.63) | (302,719.02) | 273,611.39 | 0.00 | 117,816.29 | 155,795.10 |
| I/C Management Fees | 0.00 | 0.00 | 0.00 | (336,053.15) | 336,053.15 | 0.00 | 156,076.93 | 179,976.22 |
| I/C Interest | 0.00 | 0.00 | 0.00 | (1,179,898.10) | 1,179,898.10 | 0.00 | 1,201,844.10 | (21,946.00) |
| **Total Intercompany** | (0.01) | (134,755,882.96) | 134,755,882.95 | (42,852,482.77) | 177,608,365.72 | 29,743,606.57 | 146,134,563.84 | 1,730,195.31 |
| Floating Rate Term Loan | 100,000,000.00 | 0.00 | 100,000,000.00 | 100,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Long Term Debt | 100,000,000.00 | 0.00 | 100,000,000.00 | 100,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Deferred Income taxes | 15,825,675.00 | 15,825,675.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Long Term Liabilities | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Liabilities** | 451,361,573.30 | 35,514,590.89 | 415,846,982.41 | 222,332,971.73 | 193,514,010.68 | 29,743,606.57 | 150,819,151.79 | 12,951,252.32 |
| **Equity** | | | | | | | | |
| Common Stock | 2,951.75 | 2,951.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Paid In Capital | 61,719,502.57 | 61,703,728.10 | 15,774.47 | 15,774.47 | 0.00 | 0.00 | 0.00 | 0.00 |
| Accumulated FX translation adjustment | (992,869.45) | 0.00 | (992,869.45) | 0.00 | (992,869.45) | 0.00 | 0.00 | (992,869.45) |
| Retained Earnings - Beginning | (291,787,986.28) | (89,787,288.37) | (202,000,697.91) | (179,691,854.19) | (22,308,843.72) | (29,743,606.57) | (81,396,667.49) | 88,831,430.34 |
| Net Income(Loss) | (11,819,882.60) | (3,657,742.78) | (8,162,139.82) | (9,619,373.47) | 1,457,233.65 | 0.00 | (1,280,903.01) | 2,738,136.66 |
| Retained Earnings - Ending | (303,607,868.88) | (93,445,031.15) | (210,162,837.73) | (189,311,227.66) | (20,851,610.07) | (29,743,606.57) | (82,677,570.50) | 91,569,567.00 |
| Net Equity | (242,878,254.01) | (31,738,321.30) | (211,139,932.71) | (189,295,453.19) | (21,844,479.52) | (29,743,606.57) | (82,677,570.50) | 90,576,697.55 |
| **Total Liabilities & Equity** | 208,483,319.29 | 3,776,269.59 | 204,707,049.70 | 33,037,518.54 | 171,669,531.16 | 0.00 | 68,141,581.29 | 103,527,949.87 |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Haights Cross Operating Company   Bank: N/A

Bankruptcy Number: 10-10063   Account Number: 111-10-10063

Date of Confirmation: February 24 2010   Account Type: N/A

Reporting Period (month/year): March 2010

Beginning Cash Balance: $_____   SEE ATTACHED

All receipts received by the debtor:

Cash Sales: $_____

Collection of Accounts Receivable: $_____

Proceeds from Litigation (settlement or otherwise): $_____

Sale of Debtor's Assets: $_____

Capital Infusion pursuant to the Plan: $_____

Total of cash received: $_____

Total of cash available: $_____

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $20,550,678.86

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $147,504.47

All other disbursements made in the ordinary course: $_____

Total Disbursements   $20,698,183.33

Ending Cash Balance   $_____

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*[signature]*

Date: March 30, 2010   Name/Title: Mark Kurtz, SVP, CFO

Debtor: Haights Cross Operating Company

Case Number: 10-10063

# Haights Cross Operating Company
# Case 111-10-10063
## 13-Week Cash Flow Budget

| Week Ending: | Budget | Cummlative Actual | Variance |
|---|---:|---:|---:|
| **Receipts** | $ - | $ 91,480.19 | $ 91,480.19 |
| **Operating Disbursements** | | | |
| Interest Expense | $ 40,590.00 | $ 27,299.92 | $ 13,290.08 |
| Rent | $ 1,399,998.00 | $ 2,293,351.80 | $ (893,353.80) |
| Payroll and Benefits | $ 721,817.25 | $ 709,635.17 | $ 12,182.08 |
| Other | $ - | $ - | $ - |
| **Total Operating Disbursements** | $ 2,162,405.25 | $ 3,030,286.89 | $ (867,881.64) |
| **Restructuring Disbursements** | | | |
| Houlihan Lokey | $ 3,645,839.00 | $ 840.08 | $ 3,644,998.92 |
| Brown Rudnick (and Delaware Counsel) | $ 2,230,000.00 | $ 147,504.47 | $ 2,082,495.53 |
| Claims and Notification Agent | $ 374,430.00 | $ 69,565.34 | $ 304,864.66 |
| PJ Solomon | $ 125,000.00 | $ - | $ 125,000.00 |
| Shearman and Sterling (and Delaware Counsel) | $ 1,200,000.00 | $ 620,707.08 | $ 579,292.92 |
| Wells Fargo (Including Legal) | $ 55,000.00 | $ 94,523.34 | $ (39,523.34) |
| Bank of New York (Including Legal) | $ 15,000.00 | $ 22,755.00 | $ (7,755.00) |
| UCC - Legal | $ 750,000.00 | $ - | $ 750,000.00 |
| UCC - FA | $ 375,000.00 | $ - | $ 375,000.00 |
| Deposits | $ - | $ - | $ - |
| Critical Trade | $ - | $ - | $ - |
| Bank Fees and Repayments | $ 12,767,565.52 | $ 13,087,288.79 | $ (319,723.27) |
| Post-Petition Interest | $ 3,792,100.00 | $ 3,624,712.34 | $ 167,387.66 |
| Other | $ - | $ - | $ - |
| **Total Restructuring Disbursements** | $ 25,329,934.52 | $ 17,667,896.44 | $ 7,662,038.08 |
| **Total Disbursements** | $ 27,492,339.77 | $ 20,698,183.33 | $ 6,794,156.44 |
| **Operating Cash Flow** | $ (27,492,339.77) | $ (20,606,703.14) | $ 6,885,636.63 |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Triumph Learning, LLC       Bank: N/A

Bankruptcy Number: 10-10064                Account Number: 111-10-10064

Date of Confirmation: February 24, 2010    Account Type: N/A

Reporting Period (month/year): March 2010

 Beginning Cash Balance: $_____        SEE ATTACHED

All receipts received by the debtor:

 Cash Sales: $_____

 Collection of Accounts Receivable: $_____

 Proceeds from Litigation (settlement or otherwise): $_____

 Sale of Debtor's Assets: $_____

 Capital Infusion pursuant to the Plan: $_____

 Total of cash received: $_____

Total of cash available: $_____

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

 Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $12,307,731.95

 Disbursements made pursuant to the administrative claims of bankruptcy professionals: $0.00

 All other disbursements made in the ordinary course: $_____

 Total Disbursements: $12,307,731.95

Ending Cash Balance: $_____

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: March 30, 2010     Name/Title: Mark Kurtz, SVP, Sect.

Debtor's Name: Triumph Learning, LLC

Case Number: 10-10064

# HCC - Triumph Budget vs. Actual
# Case Number 111-10-10064
13-Week Cash Flow Budget

| | | Cummlative | | |
|---|---|---|---|---|
| | | Budget | Actual | Variance |
| Receipts | | $ 12,148,262.01 | $ 19,802,158.67 | $ 7,653,896.66 |
| Disbursements | | | | |
| | Production | $ 6,299,429.83 | $ 4,141,763.23 | $ 2,157,666.60 |
| | Payroll and Benefits | $ 3,795,226.25 | $ 3,408,366.25 | $ 386,860.00 |
| | Contractors | $ 365,536.77 | $ 72,827.25 | $ 292,709.52 |
| | Overhead | $ 2,128,747.08 | $ 1,780,886.64 | $ 347,860.44 |
| | Marketing | $ 3,291,433.91 | $ 2,669,806.31 | $ 621,627.60 |
| | Moving Expenses and Lease Deposit | $ 700,000.00 | $ 100,000.00 | $ 600,000.00 |
| | Other | $ 207,636.28 | $ 134,082.27 | $ 73,554.01 |
| | Estimated Accounts Payable Contraction | $ 750,000.00 | $ - | $ 750,000.00 |
| Total Disbursements | | $ 17,538,010.12 | $ 12,307,731.95 | $ 5,230,278.17 |
| Operating Cash Flow | | $ (5,389,748.12) | $ 7,494,426.72 | $ 12,884,174.83 |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Recorded Books, LLC        Bank: N/A

Bankruptcy Number: 10-10065               Account Number: 111-10-10065

Date of Confirmation: February 24, 2010   Account Type: N/A

Reporting Period (month/year): March 2010

    Beginning Cash Balance: $_____        SEE ATTACHED

All receipts received by the debtor:

    Cash Sales: $_____

    Collection of Accounts Receivable: $_____

    Proceeds from Litigation (settlement or otherwise): $_____

    Sale of Debtor's Assets: $_____

    Capital Infusion pursuant to the Plan: $_____

    Total of cash received: $_____

Total of cash available: $_____

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $11,083,940.92

    Disbursements made pursuant to the administrative claims of bankruptcy professionals: $0.00

    All other disbursements made in the ordinary course: $_____

    Total Disbursements $11,083,940.92

Ending Cash Balance $_____

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: March 30, 2010        Name/Title: Mark Kurtz, SVP, Sect.

Debtor's Name: Recorded Books, LLC

Case Number: 10-10065

# HCC - Recorded Books Budget vs. Actual
# Case Number 111-10-10065
## 13-Week Cash Flow Budget

| Week Ending: | Cummlative | | |
|---|---|---|---|
| | Budget | Actual | Variance |
| **Receipts** | $ 12,193,874.82 | $ 13,173,401.11 | $ 979,526.29 |
| **Disbursements** | | | |
| Production | $ 3,476,467.04 | $ 3,296,467.79 | $ 179,999.25 |
| Payroll and Benefits | $ 3,212,739.66 | $ 3,214,560.28 | $ (1,820.62) |
| Contractors | $ 22,093.71 | $ 3,729.54 | $ 18,364.17 |
| Overhead | $ 4,758,978.57 | $ 4,535,822.69 | $ 223,155.88 |
| Marketing | $ - | $ - | $ - |
| Moving Expenses and Lease Deposit | $ 56,518.73 | $ 33,360.62 | $ 23,158.11 |
| Other | $ - | $ - | $ - |
| Estimated Accounts Payable Contraction | $ 1,000,000.00 | $ - | $ 1,000,000.00 |
| **Total Disbursements** | $ 12,526,797.71 | $ 11,083,940.92 | $ 1,442,856.79 |
| **Operating Cash Flow** | $ (332,922.88) | $ 2,089,460.19 | $ 2,422,383.07 |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: SNEP, LLC  Bank: N/A

Bankruptcy Number: 10-10066  Account Number: 111-10-10066

Date of Confirmation: February 24, 2010  Account Type: N/A

Reporting Period (month/year): March 2010

Beginning Cash Balance: $_____  SEE ATTACHED
Note there was no cash or activity for SNEP

All receipts received by the debtor:

    Cash Sales: $_____

    Collection of Accounts Receivable: $_____

    Proceeds from Litigation (settlement or otherwise): $_____

    Sale of Debtor's Assets: $_____

    Capital Infusion pursuant to the Plan: $_____

    Total of cash received: $_____

Total of cash available: $_____

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $0.00

    Disbursements made pursuant to the administrative claims of bankruptcy professionals: $0.00

    All other disbursements made in the ordinary course: $_____

    Total Disbursements $0.00

Ending Cash Balance $_____

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: March 30, 2010  Name/Title: Mark Kurtz, SVP, Sect.

Debtor's Name: SNEP, LLC

Case Number: 10-10066